|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| CHARLES ALEXANDER, an individual; <br> STEPHEN AMBERG, an individual; <br> CAROLIND AMEZQUITA, an individual; <br> KHALED AMMARI, an individual; <br> TONY ANABO, an individual; <br> LISA ANDERSON, an individual; <br> TIANLI HOU, an individual; <br> JAMES ARNOLD, an individual; <br> JANE BABAUTA, an individual; <br> MARC BALOGH, an individual; <br> CARLOS BANDINI, an individual; <br> CHERYL BARTLETT, an individual; <br> THOMAS LOVE, an individual; <br> TAMMY BASS, an individual; <br> LINDEN BECKFORD, an individual; <br> JOSE A. BELTRAN, an individual; <br> RAY BEROTTE, an individual; <br> VIRGINIA BETANCOURT, an individual; <br> SHARON BORDEN, an individual; <br> DAVID BREIDENTHAL, an individual; <br> GUY W. BROWN, an individual; <br> LOTCHIE BURTON, an individual; <br> KATHY BUSHDEIKER, an individual; <br> ELAINE CAGANAP, an individual; <br> SALVADOR CANTERO, an individual; <br> FREDERICK CAPALDI, an individual; <br> CARLO CARADO, an individual; <br> DAVID CARREON, an individual; <br> MICHELLE CARRINGTON, an individual; <br> ELIZABETH CARTER, an individual; <br> DORITA J. CASTILLANO, an individual; | Case No. 2:14-CV-01303−R−CW <br><br> **STIPULATED JUDGMENT** <br><br> Judge: Hon. Manuel L. Real |

930403.01/SF

JOSE CEDENO, an individual;
DESSIE CLARK, an individual;
DESMOND CLARKE, an individual;
YVONNE CLEMENTS, an individual;
CECIL CODNER. an individual;
BILLY COMPEAN, an individual;
MARITA ANN COOPER, an individual;
RANDALL A CORCORAN, an individual;
HAROLD R. CORNELIUS, an individual;
BRUCE CORWIN, an individual;
JON ANTHONY CUVILLIER, an individual;
ARLENA DICKERSON, an individual;
JOHN DIENHART, an individual;
JUAN DILONE, an individual;
MARY DUNDON, an individual;
HILDA ESPINOSA, an individual;
LUCAS ESPINOZA, an individual;
MORDANT EVANS, an individual;
AUDREY FARQUHARSON, an individual;
DANIEL FINNEY, an individual;
GREG FIRTH, an individual;
CHRISTINE FOWLKES, an individual;
PATRICIA FOX, an individual;
JOSE FREEMAN, an individual;
YAN FU, an individual;
SALVADOR GALINDO, an individual;
ANTHONY GALLO, an individual;
NANA GALPIN, an individual; and
ANAGAIL GALVEZ, an individual,

   Plaintiffs,

 vs.

WELLS FARGO BANK, N.A., a California corporation; and DOES 1 through 25, inclusive,

   Defendants.

930403.01/SF

Based upon the stipulation of the parties and Plaintiffs' Counsel, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiffs' counsel Erikson Davis and the Real Estate Law Center (collectively, "Plaintiffs' Counsel") shall pay Wells Fargo Bank, N.A. ("Wells Fargo") $227,251.  This Judgment incorporates, and is not in addition to, the June 11, 2014 Order Granting in Part and Denying in Part Wells Fargo's Motion for Attorneys' Fees [Docket No. 34] ("Sanctions Award").

2. The amounts due under this Judgment shall accrue interest at 10% per annum from the date the Judgment is entered.

3. Defendant Wells Fargo Bank, N.A. shall be entitled to recover all attorneys' fees and costs it incurs in collecting on this Judgment.

4. This Court shall retain jurisdiction over enforcement of the Judgment and the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 4, 2014

Hon. Manuel L. Real
Judge, United States District Court